UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
IN RE:

    Jeffrey Miller,

                              Debtor.
----------------------------------------------------------X

**NOTICE OF APPEARANCE**

CHAPTER 13

Case No.: 16-36775-cgm

**S I R S :**

    **PLEASE TAKE NOTICE,** that Wells Fargo Bank, N.A. as Servicing Agent for HSBC Bank USA, National Association as Trustee for Wells Fargo Asset Securities Corporation, Mortgage Asset-Backed Pass-Through Certificates Series 2007-PA2, hereby appears in this action and the undersigned has been retained as attorneys and demands that you serve all papers in this action upon the undersigned at the address stated below.

Dated: Buffalo, New York
       October 28, 2016

                                    Frenkel, Lambert, Weiss, Weisman & Gordon, LLP

                                    By: /s/ Michelle C. Marans
                                    Michelle C. Marans, Esq.
                                    53 Gibson Street
                                    Bay Shore, New York 11706
                                    (631) 969-3100
                                    Our File No.:01-061420-B00

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
IN RE:                                                                      CASE NO.: 16-36775-cgm

    Jeffrey Miller,                                               CHAPTER 13

                                  Debtor.                       Judge: Cecelia G. Morris
----------------------------------------------------------------x

## CERTIFICATE OF SERVICE

    I, Corey J. Pietrzak, do certify that on October 28, 2016, I electronically filed the within Notice of Appearance in the above titled case with the Clerk of the Bankruptcy Court using the CM/ECF system, which sent notification of such filing to the following:

    Linda M. Tirelli, Esq.
    Attorney for the Debtor
    LindaTirelli@TheGTCFirm.com

    Jeffrey L. Sapir
    Trustee
    info@sapirch13tr.com


                                                        /s/ Corey Pietrzak
                                                         Corey Pietrzak